# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

**JOHN DOE,**

    **Plaintiff,**

v.                                       NO. CV 08 1041 MCA/LFG

**CITY OF ALBUQUERQUE,**

    **Defendant.**

### ENTRY OF APPEARANCE

    **COMES NOW** Laura Schauer Ives and respectfully enters her appearance for the Plaintiff John Doe. Please copy Mrs. Schauer Ives on all pleadings and correspondence related to the above-captioned matter.

                                                        Respectfully submitted,

                                                        ELECTRONICALLY SUBMITTED  
                                                       /s/ LAURA SCHAUER IVES 06/10/10  
                                                       Laura Schauer Ives  
                                                       Managing Attorney  
                                                       ACLU of New Mexico  
                                                       P.O. Box 566  
                                                       Albuquerque, NM 87103-0566  
                                                       (505) 243-0046  
                                                       Facsimile (505) 266-5916

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFIED** that on this 10th day of June, 2010, I filed the foregoing pleading electronically through the CM/ECF system and caused all counsel of record to be served through CM/ECF system.

                                              ELECTRONICALLY SUBMITTED
                                              /s/ LAURA SCHAUER IVES 06/10/10
                                              Laura Schauer Ives